UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 12-23510-CIV-MORENO**

AIMEE BARRIERE and CHRISTOPHER BARRIERE,

    Plaintiffs,

vs.

CAP JULUCA, LEADING HOTELS OF THE WORLD, LTD., and HOTEL REPRESENTATIVE, INC.,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY IN PART

This case comes before the Court on Plaintiffs' Motion to Compel Discovery. For the reasons discussed below, Plaintiffs' Motion is GRANTED IN PART.

Plaintiff filed a Motion to Compel the production of (1) all contracts in force between Defendant Leading Hotels of the World, Inc. and Leeward Isles Resort Limited, (2) all contracts in force between Hotel Representative AG (the parent company of Defendant Hotel Representative, Inc.) and Leeward Isles Resort Limited, (3) all contracts in force between Defendant Hotel Representative, Inc. and Leeward Isles Resort Limited, and (4) a complete copy of *The Leaders Club Hotel Training and Procedures Manual*, which is referenced in the Leading Hotels of the World Membership Agreement. This Motion is based upon discovery served upon Defendants Leading Hotels of the World and Hotel Representative, Inc. Regarding Requests (1)-(3) Defendant has replied that there are no contracts or other documents in its possession or control between the parties listed and Leeward Isles Resort Limited other than the Leading Hotels of the World Membership Agreement which was entered into on November 7, 2011 and has already been produced. In their Reply brief, Plaintiffs concede that Defendants did respond, and all arguments in the Response and Reply relate only to Request (4). For these reasons, the Court DENIES AS MOOT the Motion to Compel Responses (1)-(3).

Regarding the fourth request, the Court GRANTS the Motion to Compel. The Leaders Club is a member loyalty program for Leading Hotels of the World that provides for perks based upon membership level. Plaintiffs have requested *The Leaders Club Hotel Training and Procedures Manual*, and Defendants have objected based on relevance. Defendants argue that Plaintiffs are not members of the Leaders Club and have never applied for Leaders Club membership. Plaintiffs argue that the Manual addresses issues of agency and control. The manual allegedly described amenities properties needed to have for the Leaders Club. As such, Plaintiffs argue that the Manual would be evidence that Cap Juluca was acting as the agent for Leading Hotels of the World and Hotel Representative, Inc. Rule 26 permits "discovery regarding any matter, not privileged, which is relevant to the subject matter of the pending litigation." Fed. R. Civ. P. 26(b)(1). Because requirements of certain amenities would be relevant to issues of agency and control, the Court GRANTS the Motion to Compel as it relates to Request (4).

THIS CAUSE came before the Court upon Plaintiffs' Motion to Compel Discovery (**D.E. No. 62**), filed on **March 3, 2014**.

THE COURT has considered the motion, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED IN PART. Defendants shall produce a complete copy of *The Leaders Club Hotel Training and Procedures Manual* to the Plaintiffs no later than **June 30, 2014**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of June, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record